**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   GARY VAN HOOK

Case No.:  07-16291 RG

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $3,230.16, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

   Payee Name & Address:   Chase Bank USA NA
                                        PO Box 100018
                                        Kennesaw, GA 30156

   Amount:  $3,230.16

   Claim #:  0011

   Reason:  Undeliverable

April 20, 2010                          /s/Marie-Ann Greenberg
                                                  MARIE-ANN GREENBERG
                                                  CHAPTER 13 STANDING TRUSTEE